IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Gamble, Deandra L

Printed: 01/06/09

Case Number: 06 B 04055
Judge: Hollis, Pamela S
Filed: 4/12/06

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: November 24, 2008
Confirmed: August 14, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 16,843.00 |  |
| Secured: |  | 13,614.96 |
| Unsecured: |  | 19.54 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,300.00 |
| Trustee Fee: |  | 908.50 |
| Other Funds: |  | 0.00 |
| Totals: | 16,843.00 | 16,843.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Macey & Aleman | Administrative | 2,300.00 | 2,300.00 |
| 2. | Americredit Financial Ser Inc | Secured | 23,846.83 | 10,233.12 |
| 3. | Countrywide Home Loans Inc. | Secured | 2,300.00 | 937.14 |
| 4. | Countrywide Home Loans Inc. | Secured | 6,000.00 | 2,444.70 |
| 5. | Pronger Smith Clinic | Unsecured | 0.00 | 0.00 |
| 6. | Wells Fargo Financial Illinois Inc | Unsecured | 338.68 | 0.00 |
| 7. | Specialized Management Consultants | Unsecured | 371.30 | 0.00 |
| 8. | Fingerhut | Unsecured | 46.45 | 0.00 |
| 9. | RoundUp Funding LLC | Unsecured | 694.61 | 19.54 |
| 10. | Americredit Financial Ser Inc | Unsecured | 0.00 | 0.00 |
| 11. | Portfolio Recovery Associates | Unsecured | 121.35 | 0.00 |
| 12. | Capital One | Unsecured | 251.19 | 0.00 |
| 13. | RoundUp Funding LLC | Unsecured | 573.87 | 0.00 |
| 14. | RoundUp Funding LLC | Unsecured | 2,421.96 | 0.00 |
| 15. | Citibank | Unsecured |  | No Claim Filed |
| 16. | Brinks | Unsecured |  | No Claim Filed |
| 17. | H W Dental Associates | Unsecured |  | No Claim Filed |
| 18. | Sears Consumer Finance | Unsecured |  | No Claim Filed |
|  |  |  | $ 39,266.24 | $ 15,934.50 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Gamble, Deandra L | Case Number: 06 B 04055 |
|---|---|
| | Judge: Hollis, Pamela S |
| Printed: 01/06/09 | Filed: 4/12/06 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 1.14 |
| 4.8% | 333.81 |
| 5.4% | 333.05 |
| 6.5% | 240.50 |
| | $ 908.50 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

